UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

KEVIN RIVERA,

    Defendant.

-----------------------------------------------------------X

17–CR–487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for March 19, 2020 at 2:00 p.m. is moved to March 18, 2020 at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
February 21, 2020

KIMBA M. WOOD
United States District Judge