

**The Law Office of Elizabeth E. Macedonio**

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

March 3, 2020

**VIA ECF**

Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/20

Re: *United States v. Kevin Rivera*
17 Cr. 487 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

With the consent of the Government and Probation, I respectfully write to request an adjournment in the above-referenced matter. It is currently on the Court's calendar for March 18, 2020.

The within request is made as I am unavailable to attend an appearance on March 18, 2020. Therefore, I ask that the matter be put over to a date after April 1, 2020.

I thank Your Honor for her consideration.

*The conference is adjourned to April 2, 2020, at 12:00 p.m.*

Respectfully submitted,

*/S/ Elizabeth E. Macedonio*
Elizabeth E. Macedonio

All Parties Via ECF

SO ORDERED: 3-4-20 N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.