UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                    -against-

KEVIN RIVERA,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20___

17-CR-487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Thursday, April 2, 2020, is adjourned to Tuesday, June 2, 2020, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       March 23, 2020

                                          /s/ Kimba M. Wood /
                                         KIMBA M. WOOD
                                      United States District Judge