```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/28/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

KEVIN RIVERA,

                    Defendant.
----------------------------------------------------------X

17-CR-487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, June 2, 2020, is adjourned to July 22, 2020, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
       May 28, 2020                                     /s/ Kimba M. Wood /
                                                             KIMBA M. WOOD
                                                    United States District Judge