UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

                     -against-

KEVIN RIVERA,

                     Defendant.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/15/20
```

17-CR-487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Wednesday, July 22, 2020, is adjourned to October 14, 2020, at 11:00 a.m.

SO ORDERED.
Dated: New York, New York
       July 15, 2020

                                                    /s/ Kimba M. Wood /
                                                    KIMBA M. WOOD
                                           United States District Judge