UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

KEVIN RIVERA,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 487 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/20

KIMBA M. WOOD, District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the post-sentencing conference scheduled for Wednesday, October 14, 2020, is adjourned to December 16, 2020, at 11:00 a.m.

       SO ORDERED.

Dated: New York, New York
       September 30, 2020

                                                  KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE