UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA



    -against-

KEVIN RIVERA,

                  Defendant.
------------------------------------------------------------------x

**ORDER**
17 CR 487 (KMW)

KIMBA M. WOOD, District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for December 16, 2020, is adjourned to March 4, 2021, at 12:00 p.m. If in-person proceedings have not resumed the March 4, 2021, conference will be held remotely.

    SO ORDERED.

Dated: New York, New York
       December 8, 2020

                                                     KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE