UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against                                        **ORDER**
                                                    17 CR 487 (KMW)

KEVIN RIVERA,

                          Defendants.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court will hold a remote conference on March 4, 2021, at 12:00 p.m.

       Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 547243828.

       SO ORDERED.

Dated: New York, New York
       February 24, 2021

                                              KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/21